**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**FRANCES McNAMEE**                                                      **PLAINTIFF**

**v.**                                          **CAUSE NO. 3:17-CV-496-DCB-LRA**

**ALFA MUTUAL GENERAL INSURANCE COMPANY,**             **DEFENDANTS**
**LARRY HOOD, and JOHN DOES A-E**

## ORDER OF REMAND

This cause having come before the Court on Plaintiff Frances McNamee's Motion to Remand **[Doc. 6],** and the Court having granted the motion;

Accordingly,

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the First Judicial District of the Hinds County Circuit Court.

**SO ORDERED,** this the 11th day of January, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE